Form B 250E (12/09)

# United States Bankruptcy Court
## District Of  Colorado

In re  Mountain City Meat Co., Inc )   Case No.  11-29209HRT
Debtor* )
) Chapter  _____
)
)

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on  Aug. 11, 2011  (date), requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  United States Bankruptcy Court
District of Colorado
721 19th Street
Denver, CO 80202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  John B. Wasserman
Sender & Wasserman, P.C.
1660 Lincoln Street, Suite 2200
Denver, CO 80264

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Bradford L. Bolton

_____ (Clerk of the Bankruptcy Court)

Date:  8/12/2011    By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

    Print Name :  _____

    Business Address:  _____

                            _____