Form B 250E (12/09)

# United States Bankruptcy Court
## District Of Colorado

15-11717 HRT

In re Americana Investments, LLC,       )       Case No.
      Debtor*                                      )
                                    )       Chapter  7
                                    )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

     A petition under title 11, United States Code was filed against you in this bankruptcy court on February 25, 2015 (date), requesting an order for relief under chapter  7  of the Bankruptcy Code (title 11 of the United States Code).

     YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

     Address of the clerk:     United States Bankruptcy Court
                                                 District of Colorado
                                                 721 19th Street
                                                 Denver, CO 80202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

     Name and Address of Petitioner's Attorney:     Michael J. Duran
                                                                          Milligan Coughlin LLC
                                                                          AABC 111, Suite R
                                                                          Aspen, CO 81611

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                         Kenneth S. Gardner
                                                         _____(Clerk of the Bankruptcy Court)

Date: 2/25/15                By: _____(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I,_____(name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date_____         Signature _____

    Print Name :

    Business Address: _____

                           _____