## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: )
) Case No. 11-29209 HRT
MOUNTAIN CITY MEAT CO., INC., )
) Chapter 7
Debtor. )

## APPLICATION FOR PRO HAC VICE ADMISSION

John Wasserman, an attorney licensed to practice in the State of Colorado and the United States District Court of the District of Colorado, pursuant to L.B.R. 9010-1(b), moves for admission for Howard S. Sher and Michele L. Walton of the firm of Jacob & Weingarten, P.C., to practice *pro hac vice* in this Court to represent Orleans International, Inc., National Beef Packing, Inc., and XL Foods Lakeside Packers, Inc.. Mr. Wasserman states the following in support of this Application:

1. Howard S. Sher and Michele L. Walton are attorneys in the State of Michigan. Their business address is 2301 West Big Beaver Road, Suite 777, Troy, Michigan, 48084, and their telephone number is (248) 649-1900.

2. Howard S. Sher has been a member in good standing of the state bar of Michigan since 1985 and his bar number is P38337. Mr. Sher is also a member in good standing of the bar of the United States District Court of the Eastern and Western Districts of Michigan and the Sixth Circuit Court of Appeals.

3. Michele L. Walton has been a member in good standing of the state bar of Michigan since 2007 and her bar number is P70795. Ms. Walton is also a member in good standing of the bar of the United States District Court of the Eastern District of Michigan, the United States District Court of the Northern District of Illinois, the Seventh Circuit Court of Appeals and the Sixth Circuit Court of Appeals.

4. Howard S. Sher and Michele L. Walton shall associate with John Wasserman, an active member in good standing of the bar of the United States District Court of the District of Colorado. Local counsel shall meaningfully participate in the instant case.

Dated: 8/15/11

*/s/ Howard S. Sher*
Howard S. Sher, # P38337
JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver Road, Suite 777
Troy, MI 48084
(248) 649-1900 / (248) 649-2920 FAX

*/s/ Michele L. Walton*
Michele L. Walton, # P70795
JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver Road, Suite 777
Troy, MI 48084
(248) 649-1900 / (248) 649-2920 FAX

Dated: 8/15/11

*/s/ John Wasserman*
John Wasserman, #10011
SENDER & WASSERMAN, P.C.
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2011, a true and correct copy of the foregoing **APPLICATION FOR PRO HAC VICE ADMISSION** was served via United States mail, postage prepaid, to the following:

Mountain City Meat Co., Inc.
5905 East 42nd Avenue
Denver, CO 80216

James T. Markus
John F. Young
Markus Williams Young & Zimmerman, LLC
1700 Lincoln Street, Suite 4000
Denver, CO 80203

U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Howard S. Sher
Michele L. Walton
Jacob & Weingarten, P.C.
2301 West Big Beaver Road
Suite 777
Troy, MI 48084

*/s/ Rhonda A. Hanshe*
For Sender & Wasserman, P.C.