**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                    )
                                          )          Case No. 11-29209 HRT
MOUNTAIN CITY MEAT CO., INC.,             )
                                          )          Chapter 7
            Debtor.                       )

---

**AMENDED CERTIFICATE OF SERVICE**

---

I hereby certify that on this 6th day of September, 2011, a true and correct copy of the foregoing **PETITIONING CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING** was served via U.S. Mail, first class, postage pre-paid, to the following addresses:

Elizabeth K. Flaagan                      via email:  EFlaagan@faegre.com
3200 Wells Fargo Center
1700 Lincoln St., Ste. 3200
Denver, CO 80203

A. Todd Darwin
PO Drawer 1897
Spartanburg, SC 29304

John F. Young                             via email:  jyoung@markuswilliams.com
1700 Lincoln St., Ste. 4000
Denver, CO 80203

Joel Laufer                               via email:  jl@jlrplaw.com
5290 DTC Pkwy, Ste. 150
Englewood, CO 80111

David T. Brennan                          via email:  dbrennan@ottenjohnson.com
950 17th St., Ste. 1600
Denver, CO 80202

Mountain City Meat Co., Inc.
5905 E. 42nd Ave.
Denver, CO 80216

William A. Richey                         via email:  lkraai@weinmanpc.com

730 17th St., Ste. 240
Denver, CO 80202

US Trustee                                          via email:  USTPRegion19.DV.ECF@usdoj.gov
999 18th St., Ste. 1551
Denver, CO 80202

Howard S. Sher
Michele L Walton
2301 W. Big Beaver Rd., Ste. 777
Troy, MI 48084


                               */s/ Eli Sullivan*
                               _____
                               SENDER & WASSERMAN, P.C.