UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   December 7, 2011                                                             HONORABLE HOWARD TALLMAN, Presiding

In re:     Mountain City Meat Co., Inc.                           Debtor            Bankruptcy Case Nos.
                                                                                                             11-29209-HRT (contested
                                                                                                                                involuntary)
                                                                                                             and 1 l-32656-HRT (voluntary)

                                                                                                             Jointly Administered under
                                                                                                             Case No. 11-32656-HRT
                                                                                                                                 Chapter 11

Appearances:

| Role | Party | | Counsel |
|---|---|---|---|
| Debtor | | Counsel | Michael Pankow, Heather Schell |
| Pet. Creditors | | Counsel | John Wasserman, Harvey Sender |
| Creditor | Central Beef Ind. LLC | Counsel | Milnor Senior |
| Creditor | Fifth Third Bank | Counsel | John Young |
| Creditor | Unsecured Creditors' Committee | Counsel | J. Smiley, Hal Morris |
| Creditor | Brown Packing Co., Inc. | Counsel | Aaron A Garber |

Proceedings:            [ ] **Evidentiary Hearing**            [X] **Non-evidentiary Hearing**

Status Hearing on the Motion to Dismiss Case (docket #30 in 11-29209 HRT) and the objections filed by the Petitioning Creditors (docket #48), Central Beef Inc., LLC (docket #49), National Beef Packing Company, LLC (docket #52), and Brown Packing Co., Inc. (docket #88), and the Statement of Creditors' Committee in Support of Debtor's Motion to Dismiss Involuntary Petition (docket #92)

[ ] Witnesses Sworn          [ ] See List Attached          [ ] Exhibits Admitted          [ ] See List Attached

[X]   The Court conducted a status conference on the Motion, and the parties announced an agreement in principle.

Orders:

[X]   The Court will hold a continued status conference on the Motion on **Wednesday, January 4, 2012 at 10:00 a.m.,** in Courtroom C203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

[X]   Should the Motion not be resolved by settlement, the Court will hold an evidentiary hearing on **Wednesday, January 25, 2012, at 1:30 p.m.** in Courtroom C203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

[X]   The Court will hold in abeyance all pending motions for allowance or payment of administrative expenses under 11 U.S.C. § 503(b)(9).  The deadline for the Debtor and any other party in interest to respond to any pending motion is extended, pending further order of the Court.

Date:   December 7, 2011                                              FOR THE COURT:
                                                                                       *Bradford L. Bolton, Clerk of the Bankruptcy Court*

                                                                                       By:         /s/ K. Lane Cutler
                                                                                                     Judicial Law Clerk