Exhibit A

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. Z481128

PAGE NO. 1
DATE: 07-22-11
LOAD NO. 900 1.0

|  | 6047 |  |  | 6047 |  |
|---|---|---|---|---|---|
| S O L D  T O | MOUNTAIN CITY MEAT CO, INC  5905 E 42ND AVE  DENVER , CO 80216 | CO | S H I P  T O | MOUNTAIN CITY MEAT CO, INC  5905 E 42ND AVE  DENVER , CO 80216 | CO |

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 33925 | TS | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 300- | 300 67185941 MNT CITY FAT ON TRI TIPS | | 25919.00 | 2.260 LB | 58,576.94 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 300 | 300 | T O T A L S | 25,919.00 | | 58,576.94 |
|---|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY



07-19-11      12:57 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE: 07-21-11                              PAGE ₁ OF ₁
SALES ORDER:   4036

                                                    ROUTE:
SHIP TO: MOUNTAIN CITY MEAT CO, INC        CO        STOP:
6047   5905 E 42ND AVE
       DENVER, CO 80216          SALESPERSON: Tom Shires
                                 P. O. #:  33925

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67185941 | MNT CITY FAT ON TRI TIPS  Lot 282281 | 300 | 300 | 25,919 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 300 | | |

SELECTOR _____        ESTIMATED   WEIGHT:   25,950
                                            CUBE:
CHECKER _____
                                            PALLETS:       12

# WOLVERINE Packing Co.

**2535 RIVARD**
**DETROIT, MI 48207-2621**

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. **2482931**

PAGE NO. 1
DATE: 07-27-11
LOAD NO. 900 1.0

| | |
|---|---|
| **6047** | **6047** |
| SOLD TO | SHIP TO |
| MOUNTAIN CITY MEAT CO, INC          CO | MOUNTAIN CITY MEAT CO, INC          CO |
| 5905 E 42ND AVE | 5905 E 42ND AVE |
| DENVER          , CO 80216 | DENVER          , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34005 | TS | | | 07617 |

| ORDERED | QUANTITY SHIPPED | PRODUCT NO. | DESCRIPTION | WEIGHT | UNIT PRICE UM | CODE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100 | 100 | 114721 | CH PLD SHLDR CLOD FLAT IRON FZ | 5634.00 | 4.250 LB | | 23,944.50 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 100 | 100 | TOTALS | | 5,634.00 | | | 23,944.50 |
|---|---|---|---|---|---|---|---|

REC'D.
BY: _____

TOTAL PLEASE PAY

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

**RECEIPT COPY**

07-25-11    04:01 pm
**WAREHOUSE PICK DOCUMENT**

## Oneida Cold Storage Company

DELIVERY DATE:
SALES ORDER:    07-26-11
                7617

PAGE    OF
  1        1

ROUTE:
STOP:

SHIP TO:  MOUNTAIN CITY MEAT CO, INC    CO
6047    5905 E 42ND AVE
        DENVER, CO 80216

SALESPERSON:    Tom Shires
P. O. #:    34005

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|--------|-------------|---------|----------|--|
| | | | CASES | WEIGHT |
| 114721 | CH PLD SHLDR CLOD FLAT IRON FZ Lot 274878 | 100 | 100 | 5634 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 100 | | |

SELECTOR _____

CHECKER _____

ESTIMATED    WEIGHT:    5,670
             CUBE:

PALLETS:    4

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. **Z483344**

PAGE NO. 1
DATE: 07-28-11
LOAD NO. 900 1.0

| | |
|---|---|
| **SOLD TO** | 6047 |
| | MOUNTAIN CITY MEAT CO, INC CO |
| | 5905 E 42ND AVE |
| | DENVER , CO 80216 |

| | |
|---|---|
| **SHIP TO** | 6047 |
| | MOUNTAIN CITY MEAT CO, INC CO |
| | 5905 E 42ND AVE |
| | DENVER , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34024 | TS | | | 08145 |

| | SHIPPED | PRODUCT | DESCRIPTION | NET WGHT | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 275 | 275 | 67185941 | MNT CITY FAT ON TRI TIPS | 21051.90 | 2.250 | LB | 47,366.78 |
| 282 | 282 | 67185941 | MNT CITY FAT ON TRI TIPS | 19638.70 | 2.250 | LB | 44,187.08 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 557 | 557 | **TOTALS** | | 40,690.60 | | | 91,553.86 |
|---|---|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

**RECEIPT COPY**



07-26-11        12:39 pm
## WAREHOUSE PICK DOCUMENT

### Total Logistics Solutions

DELIVERY DATE:                                      PAGE      OF
SALES ORDER:    07-27-11                              1         1
                8145
                                                   ROUTE:
SHIP TO:                                            STOP:
        MOUNTAIN CITY MEAT CO, INC      CO
6047    5905 E 42ND AVE
        DENVER, CO 80216          SALESPERSON:
                                    P. O. #:   Tom Shires
                                               34024

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | -LBS- | ORDERED | SELECTED | |
|--------|-------------|-------|---------|----------|--------|
| | | | | CASES | WEIGHT |
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 270209 | 21,051 ? | 275 | 275 | 21.051.9 |
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 271173 | 19,638 ? | 282 | 282 | 19.638.7 |

*Denver Friday A.M. 8:00 Am*

| | | | | | |
|--|--|--|--|--|--|
| | | TOTALS | | 557 | |

SELECTOR _____          ESTIMATED WEIGHT:   48,181
CHECKER _____                    CUBE:

                                     PALLETS:        22

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO.  2483370

PAGE NO.       1
DATE:       07-28-11
LOAD NO.    900   1.0

| S O L D T O | 6047  MOUNTAIN CITY MEAT CO, INC        CO 5905 E 42ND AVE DENVER           , CO 80216 | S H I P T O | 6047  MOUNTAIN CITY MEAT CO, INC        CO 5905 E 42ND AVE DENVER           , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 4069 | TS | | | 08405 |

| SHIPPED | QTY ORDER | PRODUCT | DESCRIPTION | WEIGHT | UNIT PRICE | U | AMOUNT |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 67185220 | MNT CTY CH BEEF BALL TIPS 2/UP | 13505.20 | 1.890 | LB | 25,524.83 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 200 | 200 | TOTALS | | 13,505.20 | | | 25,524.83 |

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1500

RECEIPT COPY



07-26-11       04:18 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

**DELIVERY DATE:** 07-27-11
**SALES ORDER:** 8409

**PAGE** 1 **OF** 1

**ROUTE:**
**STOP:**

**SHIP TO:** MOUNTAIN CITY MEAT CO, INC        CO
6047    5905 E 42ND AVE
DENVER, CO 80216

**SALESPERSON:** Tom Shires
**P.O. #:** 34069

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| --- | --- | --- | --- | --- |
| | | | CASES | WEIGHT |
| 67185220 | MNT CTY CH BEEF BALL TIPS 2/UP Lot 282016 | 200 | 200 | 1350520 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 200 | | |

SELECTOR _____

CHECKER _____

**ESTIMATED**

**WEIGHT:** 14,180
**CUBE:**
**PALLETS:** 8

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2821

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. 2484001

PAGE NO. 1
DATE: 07-29-11
LOAD NO. 579 2.5

|  | | |
|---|---|---|
| **SOLD TO** | 6047 | |
| | MOUNTAIN CITY MEAT CO, INC    CO | |
| | 5905 E 42ND AVE | |
| | DENVER          , CO 80216 | |

|  | | |
|---|---|---|
| **SHIP TO** | 6047 | |
| | MOUNTAIN CITY MEAT CO, INC    CO | |
| | 5905 E 42ND AVE | |
| | DENVER          . CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34094 | TS | | CRENGL | 10007 |

| QUANTITY | | | DESCRIPTION | WEIGHT | | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 75 | 75 | 40189520 | PM WYND CH PSMO TENDERS 5/UP | 6358.90 | 7.690 | LB | 48,899.94 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 75 | 75 | TOTALS | | 6,358.90 | | | 48,899.94 |
|---|---|---|---|---|---|---|---|

REC'D. BY: _____

FIRST PALLET

IF AT TIME OF ARRIVAL AND
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

**RECEIPT COPY**

CRENGL  SHIPPER'S NO  2484001

CARRIER  CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.  10007

07-29-11

AT DETROIT, MICHIGAN  FROM WOLVERINE PACKING CO.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

(MAIL OR STREET ADDRESS OF CONSIGNEE—FOR PURPOSES OF NOTIFICATION ONLY.)

MOUNTAIN CITY MEAT CO, INC  CO  ROUTE 579  2.5

5905 E 42ND AVE

DENVER  , CO 80216

CONSIGNED TO AND DESTINATION

Delivering Address ▸
(▸ TO BE FILLED IN ONLY WHEN SHIPPER DESIRES AND GOVERNING TARIFFS PROVIDE FOR DELIVERY THEREAT)

P.O.#: 34094

DELIVERING CARRIER  TRAILER NO.

** NET **

| NO PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUB TO COR) | CLASS OR RATE | CK COL |
|---|---|---|---|---|
| 75 | 4)189520 PM WIND CH FSMQ TENDERS 5/UP | 6,358.90 | | |

IF AT TIME OF ARRIVAL ANY DISCREPANCY EXISTS CALL WOLVERINE PRIOR TO RELEASING 1-800-521-1390

MAINTAIN AT 28°F

*Tomas Garry*
8/1/11

THIS SECTION MUST BE COMPLETED

Maintain at  28

Arrival date 08-01-11

Seal No.  0052545
0052539

Special instructions:

All covered commodities dated 3-15-09 or later are products of the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 75 | TOTALS | 6,358.90 | | |

If the shipment moves between two ports by a carrier by water the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                per

† "The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Uniform Freight Classification"
‡ Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission

If charges are to be prepaid write or stamp here, "To be Prepaid."

"TO BE PREPAID"

WOLVERINE PACKING CO.  SHIPPER PER

Permanent post-office address of shipper,

Agent, Per

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

1

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO. 2484760

PAGE NO. 1
DATE: 08-01-11
LOAD NO. 900  1.0



| | | |
|---|---|---|
| **S O L D T O** | 6047 | **S H I P T O** | 6047 |

SOLD TO:
6047
MOUNTAIN CITY MEAT CO, INC      CO
5905 E 42ND AVE
DENVER            , CO 80216

SHIP TO:
6047
MOUNTAIN CITY MEAT CO, INC      CO
5905 E 42ND AVE
DENVER            , CO 80216

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34095 | T8 | | | 10525 |

| SHIP'D TOTAL | QUANTITY TOTAL | PRODUCT CODE | DESCRIPTION | WEIGHT | UNIT PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 323 | 323 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 24721.30 | 1.890 | LB | 46,723.26 |
| 100 | 100 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 8099.30 | 2.850 | LB | 23,083.01 |

**All covered commodities dated 3-15-09 or later are products of the USA unless noted in the Item Description.**

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 423 | 423 | | **TOTALS** | 32,820.60 | IF AT TIME OF ARRIVAL ANY DISCREPANCY EXISTS CALL WOLVERINE PRIOR TO RELEASING 1-800-521-5700 | 59,806.27 |

REC'D.
BY: _____

RECEIPT COPY



07-29-11          03:47 pm
### WAREHOUSE PICK DOCUMENT

## Oneida Cold Storage Company

DELIVERY DATE:   07-30-11                              PAGE   1 OF 1
SALES ORDER:     10525

                                                       ROUTE:
                                                       STOP:
SHIP TO: MOUNTAIN CITY MEAT CO, INC      CO
6047     5905 E 42ND AVE
         DENVER, CO 80216        SALESPERSON:  Tom Shires
                                 P. O. #:  34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| | | | CASES | WEIGHT |
|---|---|---|---|---|
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279729 | 323 | 323 | 24,721.3 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 100 | 100 | 8099.3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTALS** | 423 | | |

SELECTOR _____        ESTIMATED   WEIGHT:        31,048
                                                CUBE:
CHECKER _____                     PALLETS:           17

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

| INVOICE NO. | 2484761 |
|---|---|
| PAGE NO. | 1 |
| DATE: | 08-01-11 |
| LOAD NO. | 900  1.0 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| 6047 | | 6047 | |
| MOUNTAIN CITY MEAT CO, INC | CO | MOUNTAIN CITY MEAT CO, INC | CO |
| 5905 E 42ND AVE | | 5905 E 42ND AVE | |
| DENVER , CO 80216 | | DENVER , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34093 | TS | | | 10014 |

| | | | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 250 | 250 | 67185221 MNT CTY CH BALL TIPS 2/UP FRZ | 20612.60 | 1.890 | LB | 38,957.81 |
| 30 | 30 | 67185221 MNT CTY CH BALL TIPS 2/UP FRZ | 2507.40 | 2.850 | LB | 7,146.09 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 290 | 290 | TOTALS | | 23,120.00 | | 46,103.90 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS
PREPAID NET

A PRICE OF A PRICE VALIDITY
DISCREPANCY EXISTS, CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1250

RECEIPT COPY



07-28-11     04:17 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

**DELIVERY DATE:** 07-29-11          **PAGE** 1 **OF** 1
**SALES ORDER:** 10014

ROUTE:
STOP:

**SHIP TO:** MOUNTAIN CITY MEAT CO, INC          CO
6047     5905 E 42ND AVE
DENVER, CO 80216

**SALESPERSON:** Tom Shires
**P. O. #:** 34093

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| --- | --- | --- | --- | --- |
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279605 | 260 | 260 | 20612.6 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 30 | 30 | 2507.4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 290 | | |

SELECTOR _____

CHECKER _____

**ESTIMATED**          **WEIGHT:** 21,286
**CUBE:**

**PALLETS:**          12

# WOLVERINE Packing Co.

INVOICE NO. 2484832

PAGE NO. 1
DATE: 08-01-11
LOAD NO. 900 1.0

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| 6047 | | 6047 | |
| MOUNTAIN CITY MEAT CO, INC | CO | MOUNTAIN CITY MEAT CO, INC | CO |
| 5905 E 42ND AVE | | 5905 E 42ND AVE | |
| DENVER , CO 80216 | | DENVER , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34095 | T9 | | | 10347 |

| SHIPPED QTY | QUANTITY ORDERED | PRODUCT CODE | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 67185941 | MNT CITY FAT ON TRI TIPS | 16769.30 | 2.250 | LB | 37,730.93 |
| 200 | 200 | 67185941 | MNT CITY FAT ON TRI TIPS | 13931.00 | 2.250 | LB | 31,344.75 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 400 | 400 | TOTALS | 30,700.30 | | 69,075.68 |
|---|---|---|---|---|---|

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-821-1390

REC'D.
BY: _____

RECEIPT COPY



07-30-11    04:48 am
## WAREHOUSE PICK DOCUMENT

### Total Logistics Solutions

DELIVERY DATE: 08-02-11
SALES ORDER: 10347

PAGE 1 OF 1

ROUTE:
STOP:

SHIP TO: MOUNTAIN CITY MEAT CO, INC    CD
6047    5905 E 42ND AVE
DENVER, CO 80216

SALESPERSON: Tom Shires
P. O. #: 34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED CASES | SELECTED WEIGHT |
|--------|-------------|---------|-------|--------|
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 270342 | 200 | 200 | 16,769.3 |
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 271834 | 200 | 200 | 13.931 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 400 | | |

SELECTOR _____

CHECKER _____

ESTIMATED    WEIGHT:    34,600
CUBE:
PALLETS:    16

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. 2485279

PAGE NO. 1
DATE: 08-02-11
LOAD NO. 900 1.0

| | | |
|---|---|---|
| SOLD TO | 6047 | SHIP TO | 6047 |

SOLD TO:
6047
MOUNTAIN CITY MEAT CO, INC          CO
5905 E 42ND AVE
DENVER               , CO 80216

SHIP TO:
6047
MOUNTAIN CITY MEAT CO, INC          CO
5905 E 42ND AVE
DENVER               , CO 80216

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34095 | TS | | | 10839 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 200 | 200 | 67184730 | MNT CITY SEL XT TOP BUTTS | | 13464.60 | 2.490 | LB | 33,526.85 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 200 | 200 | TOTALS | | 13,464.60 | | 33,526.85 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS
7% 15 NET 30

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

**Wolverine Packing Co.**

07-30-11    04:48 am
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE: 08-02-11
SALES ORDER: 10839

PAGE 1 OF 1
ROUTE:
STOP:

SHIP TO: MOUNTAIN CITY MEAT CO, INC       CO
6047    5905 E 42ND AVE
        DENVER, CO 80216

SALESPERSON: Tom Shires
P. O. #: 34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67184730 | MNT CITY SEL XT TOP BUTTS | 200 | 200 | 13,464.60 |
| | Lot 283205 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 200 | | |

SELECTOR _____

CHECKER _____

ESTIMATED   WEIGHT:    14,240
            CUBE:

            PALLETS:    8

# Wolverine Packing Co.

INVOICE NO. **2487688**

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

PAGE NO. **1**
DATE: **08-08-11**
LOAD NO. **900 1.0**

| | | |
|---|---|---|
| **S O L D T O** | 6047<br>MOUNTAIN CITY MEAT CO, INC CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 | **S H I P T O** | 6047<br>MOUNTAIN CITY MEAT CO, INC CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34167 | TS | | | 12173 |

| QUANTITY SHIPPED | QUANTITY ORDERED | PRODUCT CODE | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 540 | 540 | 67185941 | MNT CITY FAT ON TRI TIPS | 38535.40 | 2.250 | LB | 86,704.65 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 540 | 540 | TOTALS | | 38,535.40 | | 86,704.65 |
|---|---|---|---|---|---|---|

IF AT TIME OF ARRIVAL ANY
DISCREPANCIE • STS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

REC'D.
BY: _____

08-02-11   10:57 am

## WAREHOUSE PICK DOCUMENT

**Total Logistics Solutions**

| | | |
|---|---|---|
| DELIVERY DATE: | | PAGE    OF |
| SALES ORDER:   08-05-11 | | 1      1 |
| 12173 | | ROUTE: |
| | | STOP: |

SHIP TO:   MOUNTAIN CITY MEAT CO, INC        CO
6047    5905 E 42ND AVE                      SALESPERSON:
        DENVER, CO 80216                        Tom Shires
                                            P. O. #:   34167

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67185941 | MNT CITY FAT ON TRI TIPS | 540 | 540 | 30,535.4 |
| | Lot 270877 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 540 | | |

SELECTOR _____          ESTIMATED   WEIGHT:          46,710
                                              CUBE:
CHECKER _____

                                              PALLETS:          22

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. 2487692

PAGE NO. 1
DATE: 08-08-11
LOAD NO. 900 1.0

| | 6047 | | | 6047 | |
|---|---|---|---|---|---|
| S O L D T O | MOUNTAIN CITY MEAT CO, INC. CO 5905 E 42ND AVE DENVER , CO 80216 | | S H I P T O | MOUNTAIN CITY MEAT CO, INC CO 5905 E 42ND AVE DENVER , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34166 | TS | | | 12172 |

| SHIPPED ORDERED | SHIPPED ORDERED | ORIG. UPC CODE | DESCRIPTION | WEIGHT | UNIT PRICE | UM | SALES AMT |
|---|---|---|---|---|---|---|---|
| 295 | 295 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 23062.70 | 1.890 | LB | 43,588.50 |
| 200 | 200 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 14411.30 | 2.850 | LB | 41,072.21 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 495 | 495 | TOTALS | | 37,474.00 | | | 84,660.71 |
|---|---|---|---|---|---|---|---|

REC'D.
BY:

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

08-02-11      10:57 am
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

**DELIVERY DATE:**

**SALES ORDER:** 08-05-11

12172

**SHIP TO:** MOUNTAIN CITY MEAT CO, INC          CO

6047    5905 E 42ND AVE
DENVER, CO 80216

**PAGE         OF**
1          1

**ROUTE:**

**STOP:**

**SALESPERSON:** Tom Shires

**P. O. #:** 34166

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|--------|-------------|---------|----------|--------|
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279575 | 295 | 295 | 23,062.7 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 280206 | 200 | 200 | 14411.3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTALS** | 495 | | |

| SELECTOR _____ | ESTIMATED | WEIGHT: | 36,333 |
|---|---|---|---|
| CHECKER _____ | | CUBE: | |
| | | PALLETS: | 20 |

# Wolverine Packing Co.

INVOICE NO. 2487693

PAGE NO. 1
DATE: 08-08-11
LOAD NO. 900 1.0

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)



| | | |
|---|---|---|
| 6047 | | 6047 |
| **SOLD TO** | | **SHIP TO** |
| MOUNTAIN CITY MEAT CO, INC CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 | | MOUNTAIN CITY MEAT CO, INC CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34096 | TS | | | 12170 |

| SHIPPED | PAGES/ BOXES | NET/EACH/PCS | DESCRIPTION | AMOUNT | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 250 | 250 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 18951.80 | 1.890 | LB | 35,818.90 |
| 1 | 1 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 81.40 | 2.850 | LB | 231.99 |
| 29 | 29 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 2298.70 | 2.850 | LB | 6,551.30 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 280 | 280 | TOTALS | | 21,331.90 | | | 42,602.19 |
|---|---|---|---|---|---|---|---|

REC'D.
BY:

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

08-02-11    10:56 am
## WAREHOUSE PICK DOCUMENT

**Oneida Cold Storage Company**

| | |
|---|---|
| DELIVERY DATE: | 08-04-11 |
| SALES ORDER: | 12170 |

PAGE    OF
        1      1
ROUTE:
STOP:

SHIP TO:
6047

MOUNTAIN CITY MEAT CO, INC          CO
5905 E 42ND AVE
DENVER, CO 80216

SALESPERSON:    Tom Shires
P. O. #:    34096

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279575 | 250 | 250 | 10,951.8 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279605 | 1 | 1 | 81.4 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 29 | 29 | 2298.7 |

6AM Delivery (8/4)

| | TOTALS | 280 | | |
|---|---|---|---|---|

SELECTOR _____

CHECKER _____

ESTIMATED    WEIGHT:    20,552
CUBE:

PALLETS:    11