# Exhibit A

# WOLVERINE Packing Co.

INVOICE NO. **Z481128**

PAGE NO. **1**
DATE: **07-22-11**
LOAD NO. **900 1.0**

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

6047

6047

S
O   MOUNTAIN CITY MEAT CO, INC          CO
L   5905 E 42ND AVE
D   DENVER              , CO 80216
T
O

S
H   MOUNTAIN CITY MEAT CO, INC          CO
I   5905 E 42ND AVE
P   DENVER              , CO 80216
T
O

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 33925 | TS | | | UPS/FOB |

| SHIPPED | QUANTITY | I.M.S. NUMBER | MERCHANDISE | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 300- | 300 | 67185941 | MNT CITY FAT ON TRI TIPS | 25919.00 | 2.260 | LB | 58,576.94 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 300 | 300 | TOTALS | | 25,919.00 | | 58,576.94 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS
7 DAYS NET

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

**RECEIPT COPY**



07-19-11     12:57 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE:     07-21-11                                          PAGE   1   OF   1
SALES ORDER:       4036

SHIP TO: MOUNTAIN CITY MEAT CO, INC      CO                ROUTE:
6047     5905 E 42ND AVE                                   STOP:
         DENVER, CO 80216
                                         SALESPERSON:   Tom Shires
                                              P. O. #:  33925

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| | | | CASES | WEIGHT |
| --- | --- | --- | --- | --- |
| 67185941 | MNT CITY FAT ON TRI TIPS | 300 | *300* | *25,919* |
| | Lot 282281 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 300 | | |

SELECTOR _____              ESTIMATED   WEIGHT:        25,950
                                                 CUBE:
CHECKER _____

                                                 PALLETS:          12

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500   TELEPHONE
(313) 568-1909   FAX (MAIN OFFICE)
(313) 259-7538   FAX DISTRIBUTION)

INVOICE NO.   2482931

PAGE NO.      1
DATE:         07-27-11
LOAD NO.      900   1.0



| | | |
|---|---|---|
| 6047 | | 6047 |

**SOLD TO**
MOUNTAIN CITY MEAT CO. INC          CO
5905 E 42ND AVE
DENVER                , CO 80216

**SHIP TO**
MOUNTAIN CITY MEAT CO, INC          CO
5905 E 42ND AVE
DENVER                , CO 80216

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34005 | TS | | | 07617 |

| ORDERED | QUANTITY SHIPPED | PRODUCT NO. | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100 | 100 | 114721 | CH PLD SHLDR CLOD FLAT IRON FZ | 5634.00 | 4.250 | LB | 23,944.50 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 100 | 100 | T O T A L S | 5,634.00 | | 23,944.50 |
|---|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

07-25-11     04:01 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE:  
SALES ORDER:  07-26-11  
       7617

PAGE    OF  
    1     1  

ROUTE:  
STOP:

SHIP TO: MOUNTAIN CITY MEAT CO, INC    CO  
6047    5905 E 42ND AVE  
       DENVER, CO 80216

SALESPERSON:   Tom Shires  
P.O.#:   34005

Terms Memo:  
Picking Memo:  
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| --- | --- | --- | --- | --- |
| | | | CASES | WEIGHT |
| 114721 | CH PLD SHLDR CLOD FLAT IRON FZ  Lot 274878 | 100 | 100 | 5634 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 100 | | |

SELECTOR _____  
CHECKER _____

ESTIMATED    WEIGHT:       5,670  
CUBE:  
PALLETS:      4

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. **Z483344**

PAGE NO. 1
DATE: 07-28-11
LOAD NO. 900 1.0



| | 6047 | | | 6047 | |
|---|---|---|---|---|---|
| S O L D T O | MOUNTAIN CITY MEAT CO, INC   CO | | S H I P T O | MOUNTAIN CITY MEAT CO, INC   CO | |
| | 5905 E 42ND AVE | | | 5905 E 42ND AVE | |
| | DENVER   , CO 80216 | | | DENVER   , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34024 | TS | | | 08145 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 275 | 275 | 67185941 | MNT CITY FAT ON TRI TIPS | 21051.90 | 2.250 LB | 47,366.78 |
| 282 | 282 | 67185941 | MNT CITY FAT ON TRI TIPS | 19638.70 | 2.250 LB | 44,187.08 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 557 | 557 | T O T A L S | 40,690.60 | | 91,553.86 |
|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS
PREPAID

IF AT TIME OF ARRIVAL AN
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

**RECEIPT COPY**



07-26-11     12:39 pm
### WAREHOUSE PICK DOCUMENT

#### Total Logistics Solutions

| DELIVERY DATE: | 07-27-11 | | PAGE 1 OF 1 |
|---|---|---|---|
| SALES ORDER: | 8145 | | |

SHIP TO:
6047

MOUNTAIN CITY MEAT CO, INC        CO
5905 E 42ND AVE
DENVER, CO 80216

ROUTE:
STOP:

SALESPERSON:  Tom Shires
P. O. #:  34024

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION  -LBS- | ORDERED | SELECTED CASES | WEIGHT |
|---|---|---|---|---|
| 67185941 | MNT CITY FAT ON TRI TIPS   21,051⁹  Lot 270209 | 275 | 275  1 | 21,051.9 |
| 67185941 | MNT CITY FAT ON TRI TIPS   19,638⁷  Lot 271173 | 282 | 282 | 19,638.7 |

*Deliver Friday A.M. 8⁰⁰ AM*

| | TOTALS | | 557 | |
|---|---|---|---|---|

SELECTOR _____
CHECKER _____

ESTIMATED   WEIGHT:  48,181
CUBE:

PALLETS:   22

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO.  2483370

PAGE NO.         1
DATE:        07-28-11
LOAD NO.    900   1.0



| SOLD TO | SHIP TO |
|---|---|
| 6047 | 6047 |
| MOUNTAIN CITY MEAT CO, INC      CO | MOUNTAIN CITY MEAT CO, INC      CO |
| 5905 E 42ND AVE | 5905 E 42ND AVE |
| DENVER           , CO 80216 | DENVER           , CO 80216 |

| USTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 4069 | T8 | | | 08405 |

| | | | DESCRIPTION | | PRICE/LB | UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 67185220 | MNT CTY CH BEEF BALL TIPS 2/UP | 13505.20 | 1.890 | LB | 25,524.83 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 200 | 200 | TOTALS | | 13,505.20 | | 25,524.83 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1500

RECEIPT COPY



07-26-11     04:18 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

**DELIVERY DATE:** 07-27-11
**SALES ORDER:** 8409

**PAGE** 1 **OF** 1

**ROUTE:**
**STOP:**

**SHIP TO:** MOUNTAIN CITY MEAT CO, INC     CO
6047     5905 E 42ND AVE
DENVER, CO 80216

**SALESPERSON:** Tom Shires
**P.O.#:** 34069

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|--------|-------------|---------|----------|--------|
| | | | CASES | WEIGHT |
| 67185220 | MNT CTY CH BEEF BALL TIPS 2/UP Lot 282016 | 200 | 200 | 1350520 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTALS** | 200 | | |

SELECTOR _____

CHECKER _____

**ESTIMATED**     **WEIGHT:** 14,180
**CUBE:**
**PALLETS:** 8

# Wolverine Packing Co.

2535 RIVARD
DETROIT, MI 48207-2821

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO.  2484001

PAGE NO.       1
DATE:        07-29-11
LOAD NO.   579   2.5

**SOLD TO:** 6047

MOUNTAIN CITY MEAT CO, INC       CO
5905 E 42ND AVE
DENVER          , CO 80216

**SHIP TO:** 6047

MOUNTAIN CITY MEAT CO, INC       CO
5905 E 42ND AVE
DENVER          . CO 80216

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34094 | TS | | CRENGL | 10007 |

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 75 | 75 | 40189520 | PM WYND CH PSMO TENDERS 5/UP | 6358.90 | 7.690 | LB | 48,899.94 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| | | TOTALS | | 6,358.90 | | | 48,899.94 |
|---|---|---|---|---|---|---|---|
| 75 | 75 | | | | | | |

REC'D.
BY: _____

IF AT TIME OF ARRIVAL AND
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

STRAIGHT BILL OF LADING—SHORT FORM — Original — Not Negotiable

CRENGL SHIPPER'S NO 2484001

CARRIER CARRIER'S NO.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading. 10007

07-29-11

AT DETROIT, MICHIGAN FROM WOLVERINE PACKING CO.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

(MAIL OR STREET ADDRESS OF CONSIGNEE—FOR PURPOSES OF NOTIFICATION ONLY.)

CONSIGNED TO AND DESTINATION

MOUNTAIN CITY MEAT CO, INC    CO
5905 E 42ND AVE
DENVER                , CO 80216

P.O.#:  34094

ROUTE 579  2.5

Delivering Address *
(* TO BE FILLED IN ONLY WHEN SHIPPER DESIRES AND GOVERNING TARIFFS PROVIDE FOR DELIVERY THEREAT)

DELIVERING CARRIER | TRAILER NO.

** NET **

| NO PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUB TO COR) | CLASS OR RATE | CK COL |
|---|---|---|---|---|
| 75 | 4J18952J PM WIND CH FSMQ TENDERS 5/UP | 6,358.90 | | |



IF AT TIME OF ARRIVAL ANY DISCREPANCY EXISTS CALL WOLVERINE PRIOR TO RELEASING 1-800-521-1390

MAINTAIN AT 28°F

*Tomas Garry*
8/1/11

All covered commodities dated 3-15-09 or later are products of the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

THIS SECTION MUST BE COMPLETED

Maintain at                28
Arrival date 08-01-11
Seal No.  0052545
          0052539
Special instructions:

| 75 | TOTALS | 6,358.90 | | |

If the shipment moves between two ports by a carrier by water the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                            per

† "The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Uniform Freight Classification"
‡ Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission

If charges are to be prepaid write or stamp here, "To be Prepaid."

"TO BE PREPAID"

WOLVERINE PACKING CO.   SHIPPER PER

Permanent post-office address of shipper.

Agent, Per

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

1

# Wolverine Packing Co.

**2535 RIVARD**
**DETROIT, MI 48207-2621**

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO.  2484760

| PAGE NO. | 1 |
| DATE: | 08-01-11 |
| LOAD NO. | 900    1.0 |

| SOLD TO | 6047 | | SHIP TO | 6047 | |
|---|---|---|---|---|---|
| | MOUNTAIN CITY MEAT CO, INC     CO | | | MOUNTAIN CITY MEAT CO, INC     CO | |
| | 5905 E 42ND AVE | | | 5905 E 42ND AVE | |
| | DENVER          , CO 80216 | | | DENVER          , CO 80216 | |

| CUSTOMER P.O. | | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|---|
| 34095 | | T8 | | | 10525 |

| QNTY SHPD | QNTY ORDD | PRODUCT CODE | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 323 | 323 | 67185221 | MNT CTY CH BALL TIPS Z/UP FRZ | 24721.30 | 1.890 LB | 46,723.26 |
| 100 | 100 | 67185221 | MNT CTY CH BALL TIPS Z/UP FRZ | 8099.30 | 2.850 LB | 23,083.01 |

**All covered commodities dated 3-15-09 or later are products of**
**the USA unless noted in the Item Description.**

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 423 | 423 | TOTALS | | 32,820.50 | 69,806.27 |
|---|---|---|---|---|---|

REC'D.
BY: _____

RECEIPT COPY



07-29-11          03:47 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE: 07-30-11                          PAGE   1 OF  1
SALES ORDER:   10525

SHIP TO: MOUNTAIN CITY MEAT CO, INC          CO          ROUTE:
6047    5905 E 42ND AVE                                  STOP:
        DENVER, CO 80216          SALESPERSON: Tom Shires
                                  P. O. #:  34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| --- | --- | --- | --- | --- |
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279729 | 323 | 323 | 24,721.3 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 100 | 100 | 8099.3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 423 | | |

SELECTOR _____          ESTIMATED   WEIGHT:        31,048
                                               CUBE:
CHECKER _____
                                               PALLETS:           17

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500  TELEPHONE
(313) 568-1909  FAX (MAIN OFFICE)
(313) 259-7538  FAX DISTRIBUTION)

INVOICE NO. 2484761

PAGE NO. 1
DATE: 08-01-11
LOAD NO. 900  1.0



| SOLD TO | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| 6047 | | | | 6047 | | |
| MOUNTAIN CITY MEAT CO, INC | | | CO | MOUNTAIN CITY MEAT CO, INC | | CO |
| 5905 E 42ND AVE | | | | 5905 E 42ND AVE | | |
| DENVER | , CO 80216 | | | DENVER | , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34093 | TS | | | 10014 |

| | | | DESCRIPTION | PRICE | UNIT LB. | WEIGHT |
|---|---|---|---|---|---|---|
| 260 | 260 | 67185221 MNT CTY CH BALL TIPS 2/UP FRZ | 20612.60 | 1.890 LB | 38,957.81 |
| 30 | 30 | 67185221 MNT CTY CH BALL TIPS 2/UP FRZ | 2507.40 | 2.850 LB | 7,146.09 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 290 | 290 | TOTALS | | 23,120.00 | | 46,103.90 |
|---|---|---|---|---|---|---|

REC'D. BY: _____

IF AT TIME OF A PRICE VALUE ANY DISCREPANCY EXISTS, CALL WOLVERINE PRIOR TO RELEASING 1-800-521-1390

RECEIPT COPY



07-28-11      04:17 pm
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE:  07-29-11
SALES ORDER:   10014

PAGE   1  OF  1

ROUTE:
STOP:

SHIP TO: MOUNTAIN CITY MEAT CO, INC        CO
6047    5905 E 42ND AVE
        DENVER, CO 80216

SALESPERSON:  Tom Shires
P. O. #:  34093

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|--------|-------------|---------|----------|---|
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279605 | 260 | 260 | 20612.6 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 30 | 30 | 2507.4 |
| | | | | |
| | | | | |
| | . | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 290 | | |

SELECTOR _____

CHECKER _____

ESTIMATED

WEIGHT:        21,286
CUBE:
PALLETS:        12

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION

INVOICE NO. 2484832

PAGE NO. 1
DATE: 08-01-11
LOAD NO. 900 1.0

| | | |
|---|---|---|
| **6047** | | **6047** |
| S O L D T O | MOUNTAIN CITY MEAT CO, INC          CO<br>5905 E 42ND AVE<br>DENVER          , CO 80216 | S H I P T O | MOUNTAIN CITY MEAT CO, INC          CO<br>5905 E 42ND AVE<br>DENVER          , CO 80216 |

| CUSTOMER P.O. | SALESMAN | BAL NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34095 | T9 | | | 10347 |

| SHIP. QTY. | QUANTITY ORDERED | PRODUCT CODE | DESCRIPTION | WEIGHT | UNIT PRICE | FED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 67185941 | MNT CITY FAT ON TRI TIPS | 16769.30 | 2.250 LB | | 37,730.93 |
| 200 | 200 | 67185941 | MNT CITY FAT ON TRI TIPS | 13931.00 | 2.250 LB | | 31,344.75 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| | | TOTALS | | | |
|---|---|---|---|---|---|
| 400 | 400 | | 30,700.30 | | 69,075.68 |

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY



07-30-11       04:48 am
## WAREHOUSE PICK DOCUMENT

### Total Logistics Solutions

**DELIVERY DATE:** 08-02-11                          **PAGE** 1 **OF** 1
**SALES ORDER:** 10347

**ROUTE:**
**STOP:**

**SHIP TO:** MOUNTAIN CITY MEAT CO, INC        CO
6047    5905 E 42ND AVE
        DENVER, CO 80216

**SALESPERSON:** Tom Shires
**P. O. #:** 34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 270342 | 200 | 200 | 16,769.3 |
| 67185941 | MNT CITY FAT ON TRI TIPS Lot 271834 | 200 | 200 | 13,931 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTALS** | 400 | | |

**SELECTOR** _____

**CHECKER** _____

**ESTIMATED**

**WEIGHT:**                34,600
**CUBE:**

**PALLETS:**              16

# WOLVERINE Packing Co.

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

INVOICE NO. 2485279

PAGE NO. 1
DATE: 08-02-11
LOAD NO. 900 1.0

| | | |
|---|---|---|
| **SOLD TO** | 6047 | **SHIP TO** | 6047 |

SOLD TO:
6047
MOUNTAIN CITY MEAT CO, INC    CO
5905 E 42ND AVE
DENVER          , CO 80216

SHIP TO:
6047
MOUNTAIN CITY MEAT CO, INC    CO
5905 E 42ND AVE
DENVER          , CO 80216

| CUSTOMER P.O. | SALESMAN | B/L NO | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34095 | TS | | | 10839 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 200 | 200 | 67184730 | MNT CITY SEL XT TOP BUTTS | | 13464.60 | 2.490 | LB | 33,526.85 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 200 | 200 | TOTALS | | 13,464.60 | | 33,526.85 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

TERMS
7 1/2 NET

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

**Hoover's Packing Co.**

07-30-11    04:48 am
**WAREHOUSE PICK DOCUMENT**

**Oneida Cold Storage Company**

| DELIVERY DATE: | 08-02-11 | | | PAGE | 1 | OF | 1 |
| SALES ORDER: | 10839 | | | | | | |

ROUTE:
STOP:

SHIP TO: MOUNTAIN CITY MEAT CO. INC        CO
6047    5905 E 42ND AVE
        DENVER, CO 80216

SALESPERSON: Tom Shires
P. O. #: 34095

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| --- | --- | --- | --- | --- |
| | | | CASES | WEIGHT |
| 67184730 | MNT CITY SEL XT TOP BUTTS  Lot 283205 | 200 | 200 | 13,464.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 200 | | |

SELECTOR _____

CHECKER _____

ESTIMATED    WEIGHT:    14,240
             CUBE:

PALLETS:    8

# Wolverine Packing Co.

INVOICE NO. **2487688**

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

PAGE NO. 1
DATE: 08-08-11
LOAD NO. 900 1.0

| | |
|---|---|
| **SOLD TO** | 6047<br>MOUNTAIN CITY MEAT CO, INC  CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 |
| **SHIP TO** | 6047<br>MOUNTAIN CITY MEAT CO, INC  CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34167 | TS | | | 12173 |

| QUANTITY SHIPPED | QUANTITY ORDERED | ROUTING CODE | DESCRIPTION | WEIGHT | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 540 | 540 | 67185941 | MNT CITY FAT ON TRI TIPS | 38535.40 | 2.250 | LB | 86,704.65 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 540 | 540 | TOTALS | | 38,535.40 | | 86,704.65 |
|---|---|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCIES • STS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

08-02-11   10:57 am
## WAREHOUSE PICK DOCUMENT

Total Logistics Solutions

DELIVERY DATE:
SALES ORDER:     08-05-11
                 12173

PAGE        OF
              1        1
ROUTE:
STOP:

SHIP TO:  MOUNTAIN CITY MEAT CO, INC        CO
6047      5905 E 42ND AVE
          DENVER, CO 80216

SALESPERSON:
              Tom Shires
P.O.#:   34167

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
| | | | CASES | WEIGHT |
|---|---|---|---|---|
| 67185941 | MNT CITY FAT ON TRI TIPS  Lot 270897 | 540 | 540 | 30,535.4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTALS | 540 | | |

SELECTOR _____

CHECKER _____

ESTIMATED   WEIGHT:           46,710
            CUBE:

PALLETS:                      22

# WOLVERINE Packing Co.

INVOICE NO. 248769Z

PAGE NO. 1
DATE: 08-08-11
LOAD NO. 900 1.0

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

| | | |
|---|---|---|
| **S O L D T O** | 6047<br>MOUNTAIN CITY MEAT CO, INC. CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 | **S H I P T O** 6047<br>MOUNTAIN CITY MEAT CO, INC CO<br>5905 E 42ND AVE<br>DENVER , CO 80216 |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34166 | T9 | | | 12172 |

| SHIPPED | ORDERED | SLS/OR PROD | DESCRIPTION | WEIGHT | BILLED QTY | UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 295 | 295 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 23062.70 | 1.890 | LB | 43,588.50 |
| 200 | 200 | 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ | 14411.30 | 2.850 | LB | 41,072.21 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 495 | 495 | TOTALS | | 37,474.00 | | | 84,660.71 |
|---|---|---|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

**Wolverine Packing Co.**

08-02-11      10:57 am
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

DELIVERY DATE:

SALES ORDER:      08-05-11
                  12172

PAGE      OF
          1          1

ROUTE:

STOP:

SHIP TO: MOUNTAIN CITY MEAT CO, INC      CO

6047    5905 E 42ND AVE
        DENVER, CO 80216

SALESPERSON:      Tom Shires

P. O. #:   34166

Terms Memo:

Picking Memo:

Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|--------|-------------|---------|----------|--------|
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279575 | 295 | 295 | 23,062.7 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 280206 | 200 | 200 | 14411.3 |
| | TOTALS | 495 | | |

6 AM Delivery (8/5)

SELECTOR _____

CHECKER _____

ESTIMATED      WEIGHT:      36,333

CUBE:

PALLETS:      20

# Wolverine Packing Co.

INVOICE NO. 2487693

PAGE NO. 1
DATE: 08-08-11
LOAD NO. 900 1.0

2535 RIVARD
DETROIT, MI 48207-2621

(313) 259-7500 TELEPHONE
(313) 568-1909 FAX (MAIN OFFICE)
(313) 259-7538 FAX DISTRIBUTION)

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| 6047 | | 6047 | |
| MOUNTAIN CITY MEAT CO, INC CO | | MOUNTAIN CITY MEAT CO, INC CO | |
| 5905 E 42ND AVE | | 5905 E 42ND AVE | |
| DENVER , CO 80216 | | DENVER , CO 80216 | |

| CUSTOMER P.O. | SALESMAN | B/L NO. | VIA | SALES ORDER(S) |
|---|---|---|---|---|
| 34096 | TS | | | 12170 |

| Qty Ship | Qty Ord | Item Code | Description | Amount | Unit Price | UM | Amount |
|---|---|---|---|---|---|---|---|
| 250 | 250 | 67185221 | MNT CTY CH BALL TIPS Z/UP FRZ | 18951.80 | 1.890 | LB | 35,818.90 |
| 1 | 1 | 67185221 | MNT CTY CH BALL TIPS Z/UP FRZ | 81.40 | 2.850 | LB | 231.99 |
| 29 | 29 | 67185221 | MNT CTY CH BALL TIPS Z/UP FRZ | 2298.70 | 2.850 | LB | 6,551.30 |

All covered commodities dated 3-15-09 or later are products of
the USA unless noted in the Item Description.

***** ALL WOLVERINE LOADS ARE PALLET EXCHANGE *****

| 280 | 280 | TOTALS | 21,331.90 | 42,602.19 |
|---|---|---|---|---|

REC'D.
BY: _____

IF AT TIME OF ARRIVAL ANY
DISCREPANCY EXISTS CALL
WOLVERINE PRIOR TO
RELEASING 1-800-521-1390

RECEIPT COPY

08-02-11    10:56 am
## WAREHOUSE PICK DOCUMENT

### Oneida Cold Storage Company

| | |
|---|---|
| DELIVERY DATE: 08-04-11 | PAGE    OF |
| SALES ORDER:    12170 | 1    1 |
| | ROUTE: |
| | STOP: |

SHIP TO:    MOUNTAIN CITY MEAT CO, INC    CO
6047    5905 E 42ND AVE
DENVER, CO 80216

SALESPERSON:    Tom Shires
P. O. #:    34096

Terms Memo:
Picking Memo:
Delivery Memo:

| ITEM # | DESCRIPTION | ORDERED | SELECTED | |
|---|---|---|---|---|
| | | | CASES | WEIGHT |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279575 | 250 | 250 | 12,951.8 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279605 | 1 | 1 | 81.4 |
| 67185221 | MNT CTY CH BALL TIPS 2/UP FRZ Lot 279672 | 29 | 29 | 2298.7 |

6 AM Delivery (8/4)

| TOTALS | 280 |
|---|---|

SELECTOR _____

CHECKER _____

ESTIMATED    WEIGHT:    20,552
CUBE:

PALLETS:    11